**George Dennis ROUNDS, Jr., Plaintiff–Appellant,**

v.

**Jeanne S. WOODFORD; et al., Defendants–Appellees.**

No. 07–15235.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 5, 2008.

George Dennis Rounds, Jr., Vacaville, CA, for Plaintiff–Appellant.

Van Kamberian, Esq., Attorney General's Office for the State of California, Sacramento, CA, for Defendants–Appellees.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner George Dennis Rounds, Jr., appeals pro se from the dis-

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

trict court's dismissal of his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim for relief. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we vacate and remand.

The district court correctly held that allegations of overcrowding without more do not state a claim under the Eighth Amendment. *See Hoptowit v. Ray,* 682 F.2d 1237, 1249 (9th Cir.1982). A plaintiff may, however, state a cognizable claim where he or she alleges that overcrowding results in some unconstitutional condition. *See, e.g., Akao v. Shimoda,* 832 F.2d 119, 120 (9th Cir.1987) (reversing district court's dismissal of claim that overcrowding caused increased stress, tension and communicable disease among inmate population); *see also Toussaint v. Yockey,* 722 F.2d 1490, 1492 (9th Cir.1984) (affirming that an Eighth Amendment violation may occur as a result of overcrowded prison conditions causing increased violence, tension and psychiatric problems).

Given the very low threshold requirements of 28 U.S.C. § 1915, the claims appear to be colorable for the purposes of that statute. We express no opinion whether this case would survive a motion for dismissal under Fed.R.Civ.P. 12(b)(6).

We deny both parties' requests for judicial notice.

We deny Rounds's motion for appointment of counsel.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.